# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AGUIRRE, | No. 2:23-cv-0930 DAD DB P |
| Petitioner, | |
| v. | ORDER |
| STEPHEN SMITH, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 1, 2024, respondent filed a motion to dismiss. Petitioner has informed the court that he did not receive a copy of the motion. While respondent's Proof of Service shows that petitioner was served at Pelican Bay State Prison, it is certainly possible petitioner did not receive the motion due to problems with the U.S. Mail. Therefore, this court will order respondent to provide petitioner with another copy.

Accordingly, IT IS HEREBY ORDERED that

1. Within five days of the date of this order, respondent shall re-serve his motion to dismiss on petitioner; and

////
////
////

1

      2. Within thirty days of service of respondent's motion, petitioner shall file a response.

Dated: July 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/habeas/R/agui0930.reservice mtd