UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AGUIRRE, | No. 2:23-cv-00930 DAD SCR P |
| Petitioner, | |
| v. | ORDER |
| STEPHEN SMITH, | |
| Respondent. | |

On March 1, 2024, respondent filed a motion to dismiss. (ECF No. 7.) After petitioner informed the court that he did not receive a copy of the motion, the court ordered respondent to serve petitioner with another copy of the motion. (ECF Nos. 13, 14.)

On July 29, 2024, respondent filed a proof of service showing that petitioner was served by mail to his address of record at Pelican Bay State Prison. (ECF No. 15.) Yet Petitioner then informed the court that as of August 18, 2024, petitioner had not received the motion. (ECF No. 17.) Petitioner asks the court to serve a copy of the motion on petitioner. (Id.)

For the reasons set forth above, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to serve a copy of respondent's motion to dismiss (ECF No. 7) on petitioner.

////

1

2. Sua sponte, the court grants petitioner an extension of time to respond to respondent's motion to dismiss. Petitioner shall file any opposition to respondent's motion to dismiss within 30 days of the date of this order.

Dated: August 25, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE