UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AGUIRRE,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHEN SMITH,<br><br>    Respondent. | No.  2:23-cv-00930-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING RESPONDENT'S MOTION TO DISMISS THE PENDING PETITION<br><br>(Doc. Nos. 7, 22) |

Petitioner Andrew Aguirre, a state prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss the pending petition as untimely filed (Doc. No. 7), be denied.  (Doc. No. 22.)  Specifically, the magistrate judge concluded that petitioner was entitled to statutory tolling of the applicable statute of limitations during the pendency of his fourth through sixth state habeas petitions because, rather than denying petitioner's fourth state habeas petition as untimely, the Siskiyou County Superior Court had in fact denied that petition on the merits.  (*Id*. at 7–8.)  With this period of statutory tolling accounted for, the magistrate judge found that the pending federal petition for habeas relief was timely filed in compliance with the applicable statute of limitations.  (*Id*. at 8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*) No objections to those findings and recommendations have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 19, 2025 (Doc. No. 22) are ADOPTED;
2. Respondent's motion to dismiss (Doc. No. 7) the petition as untimely is DENIED; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE