UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AGUIRRE,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHEN SMITH,<br><br>    Respondent. | No. 2:23-cv-0930-DAD-SCR<br><br>ORDER |

Petitioner, a state prisoner proceeding without a lawyer, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 20, 2025, the district judge denied respondent's motion to dismiss and referred this action back to the undersigned for further proceedings. ECF No. 25.

Respondent will be ordered to file an answer to the pending habeas corpus petition no later than June 3, 2025. Petitioner may file a reply to the answer by July 3, 2025.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's answer to the pending habeas corpus petition shall be filed no later than **June 3, 2025** and accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254.

3. Petitioner's reply, if any, shall be filed no later than **July 3, 2025**.

///

1

4. Following the expiration of these deadlines, the pending § 2254 petition will be deemed submitted on the papers.

DATED: April 1, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE